949 A.2d 844

STEVEN SPAETH, PLAINTIFF–RESPONDENT, v. VATHSALA SRINIVASAN, DEFENDANT–MOVANT.

February 14, 2008.

ORDERED that the motion for leave to appeal (M–819) is granted, limited to the issue whether the defendant waived the right to arbitration, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

949 A.2d 844

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. STACEY FROLAND, A/K/A STACEY KINDT, DEFENDANT–MOVANT.

STATE OF NEW JERSEY, PLAINTIFF, v. JOHN KINDT, JR., DEFENDANT.

February 28, 2008.

It is ORDERED that the motion for clarification is granted, and it is further ORDERED that the Opinion of the Court (slip op. at 22) is modified, with new text indicated by underscore, as follows:

\* \* \* \* \*

## VII

The judgment of the Appellate Division *affirming the kidnapping convictions* is reversed. The matter is remanded to the trial judge for proceedings consistent with the principles to which we have adverted.